| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | Michelle Deon Lee | Case # | 24-16918 |
| Debtor 2: | | Chapter: | 13 |

## Certificate of Service

The undersigned certifies that on the below date, I served by prepaid first-class mail or via the Court's electronic filing system (ECF) a copy of the Motion to Avoid Judicial Lien, 9013-1 Notice thereof, and a proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules at the following addresses:

B & B Investments
5311 Niagara St
Commerce City CO  80022

Barrett Frappier & Weisserman
4004 Beltline Rd, Suite 100
Addison TX  75001

Bellco Credit Union
7600 E Orchard Rd Suite 400
Englewood CO  80111

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

Kalamata Capital Group
1 Blue Hill Plaza
Pearl River NY  10965

Kalamata Captial Group
401 W Atlantic Av
Delray Beach FL  33444

Mulligan Funding LLC
4715 Viewridge Av suite 100
San Diego CA  9212

Rushmore Servicing
PO Box 619098
Dallas TX  75261

US Internal Revenue Service
PO Box 7346
Philadelphia PA  19101

Dated:  November 20, 2024                                    /s/ John Scanlan