UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re:*

Chapter 13
Case No. 24-16918-KHT

MICHELLE DEON LEE, **Debtor,**
NATIONSTAR MORTGAGE LLC, **Creditor,**

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT FRAPPIER & WEISSERMAN, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for NATIONSTAR MORTGAGE LLC, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT FRAPPIER & WEISSERMAN, LLP**
4004 BELTLINE ROAD SUITE 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for NATIONSTAR MORTGAGE LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for NATIONSTAR MORTGAGE LLC.

BARRETT FRAPPIER & WEISSERMAN, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

                        BARRETT FRAPPIER &
                        WEISSERMAN, LLP

BY: /s/ Jeff M. Fleming             12/03/2024
     Jeff M. Fleming
     BARRETT FRAPPIER & WEISSERMAN, LLP
     4004 BELT LINE ROAD SUITE 100
     ADDISON, TX 75001
     Phone: (972) 341-0500
     Direct: (972) 341-5322
     Fax: (972) 661-7725
     E-mail: co.ecf@bdfgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 03, 2024, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT FRAPPIER &
WEISSERMAN, LLP

BY: /s/ Jeff M. Fleming  12/03/2024
Jeff M. Fleming
BARRETT FRAPPIER & WEISSERMAN, LLP
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Phone: (972) 341-0500
Direct: (972) 341-5322
Fax: (972) 661-7725
E-mail: co.ecf@bdfgroup.com

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MICHELLE DEON LEE
16480 FAIRWAY DR
COMMERCE CITY, CO 80022

**DEBTOR'S ATTORNEY:**
JOHN SCANLAN
1726 CHAMPA ST
3E
DENVER, CO  80202

**TRUSTEE:**
ADAM M GOODMAN
PO BOX 1169
DENVER, CO  80201