# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

Michelle Deon Lee,

Debtor.

Bankruptcy Case No. 24-16918 KHT

Chapter 13

## ORDER REGARDING MOTION TO AVOID JUDICIAL LIEN

THIS MATTER comes before the Court on Debtor's Motion to Avoid Judicial Lien Pursuant to 11 USC 522(f) ("Motion," Docket No. 7) filed November 20, 2024. Having reviewed the Motion and the file, and advised in the premises, the Court

FINDS that the Service of the Motion and related Notice does not comply with Rule 7004, Fed.R.Bankr.P., against respondent, Kalamata Capital Group. Accordingly, the Court hereby

ORDERS that the Motion Is DENIED without prejudice.

DATED this 13th day of December, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge