## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

### Honorable Kimberley H. Tyson

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MICHELLE DEON LEE** | ) | Case No. 24-16918-KHT |
| SSN XXX-XX-0459 | ) | Chapter 13 Bankruptcy |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

Please take notice that pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of Bankruptcy Rules, the undersigned on behalf of **KEYBANK NATIONAL ASSOCIATION,** ("Creditor") requests that all notices given or required to be given in this case of all events relevant to this bankruptcy case, including copies of all pleadings or documents filed in relation to this case, and all notices under the Federal Rules or the Local Rules to be served on Creditor's counsel as follows:

### NOTICE TO:

Douglas W. Brown
Brown Dunning Walker Fein Drusch PC
7995 E. Prentice Avenue, Suite 101E
Greenwood Village, CO 80111
303-329-3363
dbrown@bdwfd.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of Creditor's:

a.   Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

b.   Right to trial by jury in any proceeding as to any and all matters so triable, whether the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b), and whether such jury trial right is pursuant to statute or the United States Constitution;

Michelle Deon Lee
Case No. 24-16918-KHT
Page 2 of 2

      c.       Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

      d.       rights, claims, actions, defenses, setoffs, recoupments or other matters to which claimants or creditors are entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Creditor without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above bankruptcy case.

DATED this 19th day of December, 2024.

Respectfully submitted,

BROWN DUNNING WALKER FEIN DRUSCH PC

*s/ Douglas W. Brown*
Douglas W. Brown, Reg. No. 10429
*Attorneys for Creditor, KeyBank National Association*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of December, 2024, served a true and accurate copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS,** on all attorneys of record via CM/ECF electronic notice.

*s/ Joy D. Kreh*
Joy D. Kreh, Paralegal