# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No: 24-16918-KHT |
| Michelle Deon Lee, | Chapter: 13 |
| Debtor. | Judge: Kimberley H. Tyson |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned hereby enters his appearance on behalf of Trinity Life Insurance Company, an interested party and creditor.

The undersigned hereby requests, pursuant to 11 U.S.C. Sec. 102(1) and 342, and Federal Rule of Bankruptcy Procedure 2002 and 9007, that all notices and papers including, but not limited to, orders and notices of any application, motion, petition, pleading, request, complaint or demand:
(1) which affect or seek to affect in any way any rights or interests of this Creditor, with respect to: (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by said Creditor, required to be served in this case, be served upon the following:

Aricyn Dall
Randall S. Miller & Associates, P.C.-CO
216 16th Street, Suite 1210
Denver, CO 80202

Dated: December 30, 2024

**Randall S. Miller & Associates, P.C.-CO**

/s/ Aricyn Dall
Attorneys for Creditor
216 16th Street, Suite 1210
Denver, CO 80202
Phone: (720) 259-6710