| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | Michelle Deon Lee | Case # | 24-16918 |
| Debtor 2: | | Chapter: | 13 |

## Order Avoiding Lien

Upon the Motion by Debtor to Avoid Judicial Lien and any responses thereto, and the Court being advised of the premises therein:

    HEREBY ORDERS that the Debtor's Motion to Avoid Judicial Lien is GRANTED.

    IT IS FURTHER ORDERED that the following lien impairs the Debtor's exemptions within the meaning of 11 USC 522(f), and are therefore, forever avoided and extinguished and no longer enforceable against the property of the Debtor:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Kalamata Capital Group | $311,686 | 5/13/2024 | 2024000025373 |

    ORDERED that the judgment lien is hereby avoided and forever extinguished. Kalamata Capital Group, its successors and assignees shall have no right or power to enforce the same against said property or any other property owned by the Debtor; and it is

    FURTHER ORDERED that this Order may be recorded in the records of the Clerk and Recorder of any county in which the Debtor owns property, to evidence the same

Dated: _____

BY THE COURT:

_____
US Bankruptcy Court Judge