| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | Michelle Deon Lee | Case # | 24-16918 |
| Debtor 2: | | Chapter: | 13 |

## Notice of Motion to Avoid Judicial Lien Pursuant to 11 USC 522(f)

**OBJECTION DEADLINE: JANUARY 23, 2025**

**YOU ARE HEREBY NOTIFIED** that Michelle Deon Lee has filed a Motion to Avoid Judicial Liens Pursuant to 11 USC 522(f) with the bankruptcy court and request the following relief: the Court issue an Order avoiding judicial lien held by Kalamata Capital Group.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movants at the address indicated in the contemporaneous Certificate of Service, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:  January 8, 2025                                          /s/ John Scanlan