| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |  |  |  |
|---|---|---|---|
| Debtor 1: | Michelle Deon Lee | Case # | 24-16918 |
| Debtor 2: |  | Chapter: | 13 |

## Motion to Avoid Judicial Lien Pursuant to 11 USC 522(f)

Debtor Michelle Deon Lee, by and through undersigned Counsel, hereby submits this motion to avoid the judgment lien of Mulligan Funding LLC.  In support thereof, Debtor states as follows:

    1.    Debtor filed a voluntary petition for relief under Chapter 13 of the bankruptcy code on the same date as this motion.

    2.    As listed in the Chapter 13 schedules, Debtor has an ownership interest in real property at located at 16480 Fairway Drive in Adams County Colorado ("Property").  This property is the Debtor's residence.

    3.    Pursuant to 28 USC 1334, this Court has jurisdiction over this motion which is filed pursuant to 11 USC 522(f) to avoid and cancel judicial liens held by the creditor Mulligan Funding LLC ("Mulligan") on real property:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Mulligan Funding LLC | $284,693 | 5/13/2024 | 2024000025069 |

    4.    Pursuant to 11 USC 522(d)(1), CRS 13-54-107, CRS 38-41-201, and CRS 38-41-202, the Debtor has claimed such residential property as exempt, and has no equity in excess of the consensual liens and her homestead exemption.

    5.    Said claim held by Mulligan is a judicial lien within the purview of 11 USC 522(f)(1) and impairs Debtor's aforesaid exemption within the meaning of 11 USC 522(f).

    6.    The value of Debtor's interest in the property at the time of the filing is approximately $1,061,000 based upon Zillow.com estimate.  The property is encumbered by the following other liens:

        a.  Rushmore servicing (mortgage):    $528,000

        b.  Bellco Credit Union (mortgage):    $200,000

        c.  US Internal Revenue Service:    $48,977

        d.  B&B Investments:    $1,983

        e.  Kalamata Capital Group:    $311,686

Total other encumbrances equal $1,063,652.

7. That, accordingly, said judicial lien impairs Debtor's exemption inasmuch as the sum of the consensual and judicial liens, as well as the exemption amount allowed per the relevant Colorado statutes set forth above, exceed the value that the Debtor's interest would have been but for the existence of the liens.

WHEREFORE, Debtor respectfully asks this Court to issue an order against the aforementioned Mulligan Financing LLC, avoiding and canceling the judicial lien recorded against the above-mentioned property, and for other and further relief as this Court may deem to be just and proper.

Dated:  January 8, 2025                                       /s/ John Scanlan
                                                              John Scanlan CO #33669
                                                              Circle Law – the scanlan law offices

                                                              1726 Champa St, 3E
                                                              Denver CO 80202
                                                              (303) 881-4109
                                                              jvscanlan@circlelaw.net