| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: | Michelle Deon Lee | Case # | 24-16918 |
| Debtor 2: | | Chapter: | 13 |

## Response to the Standing Trustee's Motion to Dismiss Pursuant to 11 USC 109(e) and Request for Hearing

Debtor Michelle Deon Lee, by and through undersigned Counsel, hereby files this response to the Standing Trustee's Motion to Dismiss Pursuant to 11 USC 109(e) and Request for Hearing. Debtor states as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the bankruptcy code on November 20, 2024 to stop a foreclosure.

2. The standing Chapter 13 Trustee filed a motion to dismiss this case under 11 USC 109(e) on December 27, 2024.

3. On January 8, 2025, the Court ordered Debtor to file a motion to convert to Chapter 7 by no later than January 14, 2025.

4. Debtor filed her motion to convert the case to Chapter 7 on January 14, 2025 with an objection deadline of February 4, 2025.

5. Having filed her motion to convert to chapter 7, dismissal of this case is not warranted.

6. In regard to Section 109, Debtor's Schedules D, E, and F contain best guess estimates of the value of the debts as of the filing date of the petition.

7. Debtor owns her residence and four other investment/rental properties.

8. The deadline to file proofs of claim in this case is not until February 18, 2025. Thus, Debtor has only estimated her debt as she stated at her Section 341 meeting. It is possible that the proofs of claim will lower her total debt to less than the Section 109(e) debt limit. In addition, to Debtor's estimates, the amounts of her debts are in dispute.

9. Paragraph 109(e) appears to be for the purpose of stopping a Debtor from using Chapter 13 to discharge a large amount of debt. That is not the case here.

10. In this case, Debtor is not trying to use this case to discharge more than three million dollars in debt. She is trying to utilize Chapter 13 to pay her debts. Debtor's proposed Chapter 13 Plan calls for the sale of four properties, using the receipts from which to pay off the

amounts owed on the four properties, pay priority and unsecured debt, and to cure the default on her residence.

      11.   Debtor asks the Court to set this matter for hearing on the legal and substantive issues here.

Dated:  January 14, 2025

/s/ John Scanlan
John Scanlan CO #33669
Circle Law – the scanlan law offices

1726 Champa St, 3E
Denver CO 80202
(303) 881-4109
jvscanlan@circlelaw.net