UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>MICHELLE DEON LEE,<br>Debtor. | Case No: 24-16918-KHT<br><br>Chapter 7 |

### ENTRY OF APPEARANCE

COMES NOW, JANEWAY LAW FIRM, P.C., and hereby enters its appearance on behalf of BELLCO CREDIT UNION and hereby requests that all notices, pleadings, and other documents filed in this proceeding be sent to the undersigned counsel in addition to direct notice to: BELLCO CREDIT UNION, P.O. BOX 6541, GREENWOOD VILLAGE, CO 80155

JANEWAY LAW FIRM, P.C.
Attorneys for BELLCO CREDIT UNION

_____
Lynn M. Janeway #15592
David R. Doughty #40042
Alison L. Berry #34531
N. April Winecki #34861
bankruptcy@janewaylaw.com
File: 25-034634/Lee

### Certificate of Service

The undersigned hereby certifies that on April 11, 2025 a copy of the attached Entry of Appearance was served:

| **VIA US FIRST CLASS MAIL POSTAGE PREPAID TO:** | **ELECTRONICALLY VIA CM/ECF TO:** |
|---|---|
| Michelle Deon Lee<br>16480 Fairway Dr<br>Commerce City, CO 80022 | JOHN SCANLAN - Attorney for Debtor(s)<br><br>Tom H. Connolly - Chapter 7 Trustee<br><br>US TRUSTEE<br><br>*/s/Amanda Schroeder*<br>By: Amanda Schroeder, Paralegal<br>JANEWAY LAW FIRM, P.C.<br>bankruptcy@janewaylaw.com<br>File: 25-034634/Lee |