IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

IN RE:

Case No. 24-16918-KHT
Chapter 7

Michelle Deon Lee
Debtor.

### MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)

On March 20, 2025, New American Funding, LLC, Movant filed a motion pursuant to L.B.R. 4001-1 entitled Motion for Relief from Stay (Docket No. 77). Movant hereby certifies and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief if sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the court, as is shown on the certificate of service previously filed with the notice/motion.

2. A hearing on said motion/application was scheduled for April 22, 2025 at 9:30 am.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the Court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted to the Court with the motion, granting the requested relief.

Dated: April 22, 2025

Respectfully Submitted,

Halliday, Watkins & Mann, P.C.

*/s/ Heather L. Deere*
Heather L. Deere, #28597
355 Union Boulevard, Suite 250
Lakewood, CO 80228
(303) 274-0155
bankruptcyco@hwmlawfirm.com
File No. CO23159