## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Bankruptcy Case No.24-16918-KHT,<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Pursuant to Rules 2002, 9007, 9008, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of **KALAMATA CAPITAL GROUP, LLC**, an interested party in the above-captioned bankruptcy case, and further requests that all notices, pleadings, and other documents filed and/or served in this case be served upon the following:

Robert G. Busch, Esq.
RG Busch, PLLC
P.O. Box 3931
Greenwood Village, CO 80111
(720) 515-4618

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings.

This Notice of Appearance shall not be construed as authorization to serve counsel for KALAMATA CAPITAL GROUP LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for KALAMATA CAPITAL GROUP LLC.

RG Busch, PLLC additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered case.

Dated: April 24, 2025                          RG BUSCH, PLLC

By: *s/ Robert Gregory Busch*
Robert Gregory Busch, # 28565
RG Busch, PLLC
P.O. Box 3931
Greenwood Village, CO 80155
(720) 515-4618
(303) 872-9019 fax
rob@rgbuschpllc.com

### Certificate of Service

I do hereby certify that on the 24th of April, 2025, I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES** via United States mail, postage prepaid thereon, or electronically through CM/ECF where indicated, to those persons listed below:

| **Via US First Class Mail, postage prepaid:** | **Electronically via CM/ECF to:** |
|---|---|
| Michelle Deon Lee<br>16480 Fairway Dr.<br>Commerce City, CO 80022<br>***Debtor*** | John Scanlan, Attorney for Debtor<br><br>Tom H. Connolly, Chapter 7 Trustee<br><br>US Trustee |

*/s/ Robert Gregory Busch*
For RG Busch, PLLC

2