

**IN THE DISTRICT COURT of COLORADO**
**Michelle Deon Lee**
**Case No: 24-16918-KHT**
**16480 Fairway Dr. Commerce Co. 80022**

**MOTION TO RE-ESTABLISH OR REDEFINE HOMESTEAD STATUS DUE TO RECONSTRUCTION AND ISSUES WITH BELLCO**

COMES NOW, **Michelle Lee** the owner of the property located at 16480 Fairway Commerce City Co. 80022 and respectfully moves this Court to *re-establish, clarify, or re-designate* my homestead to 15430 Fairway dr. 80022 status for the following reasons:

# I. Background and Context

1. The property in question has historically served as my primary residence and is protected under Colorado's homestead laws.
2. Due to ongoing financial reconstruction, unresolved disputes with Bellco, and recent developments, I seek a formal declaration and clarification regarding my homestead rights, especially considering the current financial and legal challenges facing me.
3. These issues include, but are not limited to:
    - Pending litigation and disputes concerning liens and encumbrances by Bellco,
    - The need to protect my primary residence from unlawful claims or foreclosure actions,
    - The necessity for the Court to recognize the importance of the property as my homestead during this period of financial review.
    - 

# II. Grounds for Motion

4. **Legal and Equitable Considerations:**
    Colorado law provides protections for homestead property, but these protections require clear declaration and acknowledgment, particularly when facing complex financial and legal disputes.
5. **Protection During Financial Reconstruction:**
    To ensure my rights as a homeowner are preserved during this financially tumultuous period, I request the Court to explicitly recognize the property as my homestead, or to establish and affirm my right to use it as such, in accordance with Colorado law.

6. **Prevention of Unlawful Encumbrance or Sale:**
   This declaration is necessary to prevent any unlawful encumbrance, sale, or foreclosure based on unresolved claims, especially given the ongoing disputes with Bellco and the potential for misrepresentation or misapplication of property rights.


   Exhibit #1


# III. Relief Requested

**WHEREFORE**, the undersigned respectfully requests that this Court:
a. Re-affirm or establish the status of the property located at **15430 Fairway Commerce Colorado 80022.** as my protected homestead;
b. Clarify my rights as the owner and occupant of the property during this period of reconstruction and legal dispute;
c. Issue such orders or declarations as necessary to prevent unlawful claims, encumbrances, or foreclosures on the property in question; and
d. Grant such other relief as the Court deems appropriate to preserve my rights and interests.

**RESPECTFULLY SUBMITTED** this 13 day of _____, 2025.

**[Your Name]**
[Your Signature]




**naf newamerican**
**FUNDING**

8201 N FM 620,
Suite 120,
Austin, TX 78726

**Return Service Requested**

May 06, 2025
Reference: 3000000138

000109679038
Michelle Deon Lee
15430 E Fairway Dr
Commerce City, CO 80022

Dear Borrower(s):

**Avoid Foreclosure—Act Now**
Your mortgage is seriously delinquent. We've tried to contact you to discuss the foreclosure prevention options available to you, but your time to act is running out. To avoid foreclosure, you must act now.

**Option 1: Stay in Your Home**
**Congratulations! You're approved for a Trial Period Plan to modify your monthly mortgage payment.** During this Trial Period Plan, you will be required to make three monthly payments in the amount of **$4,391.72** each.

Please call us at 800-893-5304 ext. ext. 9208 by **05-20-25** to confirm your participation and for instructions on how to mail your first Trial Period Plan payment. If you follow the terms of the enclosed Trial Period Plan, your loan will be permanently modified. To stay in your home and avoid foreclosure, you must contact us right away or send us your Trial Period Plan payment.

**Option 2: Leave Your Home and Avoid Foreclosure**
If you are unable or unwilling to pay the monthly payment listed above, you have two options to avoid foreclosure – a short sale or a Mortgage Release™ (deed-in-lieu of foreclosure). You can still avoid the financial and emotional impacts of foreclosure, but you must contact us now.

**Contact Us**
We want to help you. Contact a member of our Home Retention team at 800-893-5304 ext. ext. 9208 to ask questions and discuss alternatives to foreclosure. The Home Retention Department is available Monday through Friday, from 8:00 AM to 9:00 PM CT and Saturday from 10:00 AM to 2:00 PM CT. We can also be reached by fax at 855-807-1178 or email at homeretention@nafinc.com. If you do not respond by **05-20-25**, foreclosure actions on your home will continue.

Sincerely,

Home Retention Department
New American Funding
HR084 / v.3 (03/22)

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the federal Fair Debt Collection Practices Act. If you or your account are subject to pending bankruptcy or the obligation referenced in this letter has been
V4.0 discharged in bankruptcy, this letter/statement is for informational purposes only and is not an attempt to collect a debt.

New American Funding | 8201 N FM 620, Suite 120, Austin. TX 78726 |



## FLEX MODIFICATION TRIAL PERIOD PLAN NOTICE

Based on a careful review of your mortgage account, we are offering you an opportunity to enter into a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the Trial Period Plan to permanently modify your mortgage.

### Proposed Modification Terms

If you successfully complete the Trial Period Plan by making the required monthly payments, you will receive a fixed rate loan modification of 9.25%%, which will be amortized over a 40-year term based on the effective date of the loan modification.

### TIME IS OF THE ESSENCE.

### Step 1: To Stop the Foreclosure Process (Suspension of Foreclosure)

In order for us to delay referring your mortgage to foreclosure, or suspend foreclosure proceedings if your loan has been referred to foreclosure:

- You must contact us at 800-893-5304 ext. ext. 9208, or in writing at the address provided below no later than **05-20-25** to indicate your intent to accept this offer.
- You may also make your first Trial Period Plan payment by **05-20-25**, which is **earlier than the scheduled due date** described below, and we will stop the foreclosure process.

However, if you do not respond by **05-20-25**, we will continue with the foreclosure process, and a foreclosure sale may occur.

### Step 2: To Accept This Offer

You must make your first Trial Period Plan payment by the first payment due date designated below. If you fail to make the first Trial Period Plan payment by the first payment due date and we do not receive the payment by the last day of the month in which it is due, this offer will be revoked and we may refer your mortgage to foreclosure, or if your loan has been referred to foreclosure, foreclosure proceedings may continue and a foreclosure sale may occur.

### Step 3: Make Trial Period Plan Payments

To successfully complete the Trial Period Plan, we are providing a schedule for your trial plan monthly payments. Please continue to make your trial plan monthly payments until you have received the permanent modification agreement.

| | PLAN DATE | AMT | | PLAN DATE | AMT |
|---|---|---|---|---|---|
| 01 | 06/01/25 | 4,391.72 | 02 | 07/01/25 | 4,391.72 |
| 03 | 08/01/25 | 4,391.72 | | | |

Once your loan has been modified, there is no pre-payment penalty if you elect to make an additional payment to be applied to the unpaid principal balance on your loan which will help pay down the debt faster.
Please note that if you fail to comply with the terms of the Trial Period Plan, or if you fail to comply with the terms of the subsequent modification agreement, you may be ineligible for another loan modification.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the federal Fair Debt Collection Practices Act. If you or your account are subject to pending bankruptcy or the obligation referenced in this letter has been discharged in bankruptcy, this letter/statement is for informational purposes only and is not an attempt to collect a debt.

V4.0

**New American Funding** | 8201 N FM 620, Suite 120, Austin, TX 78726 |



that your monthly payment of principal and interest will remain constant however, bear in mind, your monthly mortgage payment may increase as the result of your escrow account for the payment of property taxes, hazard insurance and other escrowed expenses, unless its inclusion is prohibited by applicable law.

**Q. What if my mortgage did not include escrows for taxes and insurance?**

If your loan is modified, we are required to create an escrow account for the payment of property taxes, hazard insurance and other required escrow items due to the default on your loan, unless prohibited by applicable law. You will be required to agree that any prior escrow waiver will be null and void.

**Q. What happens if a bankruptcy is filed?**

If you file for bankruptcy protection during the trial plan, please contact us immediately at 800-893-5304 ext. ext. 9208, notifying us of your intent to continue under the trial plan. During your discussion with your attorney, if you intend to proceed with the trial to permanent loan modification, please bring to your attorney's attention that you are actively participating in a trial to permanent loan modification on your primary residence. Your attorney will be required to work with you, the court, and/or the bankruptcy trustee to obtain appropriate approval, in accordance with local court rules of procedure, to continue under the trial plan to permanently modify your loan. New American Funding will make every effort, where permitted, to extend the trial plan limited to a period of up to nine months, to accommodate bankruptcy court delays so long as the trial plan monthly payments remain in current standing in order for you to remain eligible for a permanent loan modification.

If you do not intend to continue under the trial to permanent loan modification, New American Funding will rescind our offer to modify your loan, leaving you to follow the bankruptcy court rules of procedure.

**Q. How does this affect Credit Reporting?**

Please note that we will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Forbearance Plan in accordance with the requirements of Fair Credit Reporting Act and the Consumer Data Industry Association requirements. CREDIT SCORING COMPANIES MAY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK ADVERSELY AFFECTING YOUR CREDIT SCORE.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the federal Fair Debt Collection Practices Act. If you or your account are subject to pending bankruptcy or the obligation referenced in this letter has been discharged in bankruptcy, this letter/statement is for informational purposes only and is not an attempt to collect a debt.

V4.0

**New American Funding** | 8201 N FM 620, Suite 120, Austin, TX 78726 |



## Important Disclosures and Notifications

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the federal Fair Debt Collection Practices Act.

If you or your account are subject to pending bankruptcy or the obligation referenced in this letter has been discharged in bankruptcy, this letter/statement is for informational purposes only and is not an attempt to collect a debt.

**Notification of Available Housing Counseling** - Homeownership counseling is available through the Department of Housing and Urban Development (HUD). Please contact (800)-569-4287 or go to the HUD Website at http://www.hud.gov/offices/hsg/sfh/hcc/fc/. You can also receive counseling assistance by contacting the HOPE Hotline at 888-995-HOPE (4673).

**Notification of Reporting to Credit Reporting Agencies** - You are hereby notified, as required by law, that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Notification of Borrower Rights under Servicemembers Civil Relief Act** - If you or any other person on this mortgage is a service member or dependent of a service member, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the service member's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance contact the OneSource Center, toll free, at (800) 342-9647.

**Notification to Borrowers Residing in the State of California** - Additional accountings can be requested pursuant to Section 2954 of the California Civil Code.

If you are having difficulty paying your mortgage, you have a right to request that your mortgage servicer conduct an interview to review your current financial circumstances and to request available options to help you stay in your home. This interview must be scheduled within 14 days of your request. The interview may be conducted by the servicer over the telephone.

**Colorado Property Owners** - The address and telephone number of the local Colorado office is: 6380 S. Fiddlers Green Circle, Suite 400, Greenwood Village, Colorado 80111. The phone number is 800-450-2010.

**North Carolina Property Owners** – For collection purposes, New American Funding address for mailing payments is: P.O. Box 650076, Dallas, TX 75265-0076 and the physical address is: 8201 N FM 620, Suite 120, Austin, TX 78726. The North Carolina Collection Agency Permit Number is: 513660430.

**Oregon Property Owners** - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-893-5304. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**Texas Property Owners** - COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website at www.sml.texas.gov or obtained from the Department upon request by mail at the address above by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

V.3 (8/24)