# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>MICHELLE DEON LEE,<br><br>Debtor. | Bankruptcy Case No. 24-16918 KHT<br><br>Chapter 7 |

## ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD

PLEASE TAKE NOTICE that the following matters have been on set for a telephonic preliminary hearing to be held on **Tuesday, June 24, 2025 at 9:30 a.m.** along with the Motion for Relief from Stay filed by Bellco Credit Union (Docket No. 87) and Debtor's Objection thereto (Docket No. 96). Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: Debtor's Motion to Re-Establish or Re-Define Homestead Status filed May 13, 2025 (Docket No. 95) and Debtor's Motion for Emergency Hearing filed May 27, 2025 (Docket No. 103).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 28th day of May, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge