United States Bankruptcy Court
District of Colorado

In re:  
Michelle Deon Lee  
    Debtor

Case No. 24-16918-KHT  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2025 | Form ID: pdf904 | Total Noticed: 4 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Deon Lee, 16480 Fairway Dr, Commerce City, CO 80022-5202 |
| cr | + | Kalamata Capital LLC, 1 Blue Hill Plaza, Suite 1509, Pearl River, NY 10965-3165 |
| cr | | Second Creek Ranch Metropolitan District, Altitude Community Law P.C., 555 Zang Street, Suite 100, Lakewood, CO 80228-1011 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | May 28 2025 22:27:00 | Cornerstone Home Lending, a Division of Cornerston, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Cornerstone Home Lending a Division of Cornerstone Capital Bank, SSB abbey.dreher@bonialpc.com |
| Alison L Berry | on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com |
| Andrea Lynn Betts-Whalen | on behalf of Creditor JPMorgan Chase Bank N.A. bkecfinbox@aldridgepite.com |

District/off: 1082-1 — User: admin — Page 2 of 2
Date Rcvd: May 28, 2025 — Form ID: pdf904 — Total Noticed: 4

Aricyn Jaine Dall
   on behalf of Creditor Trinity Life Insurance Company bankruptcy@rsmalaw.com

David W. Drake
   on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Douglas W Brown
   on behalf of Creditor KeyBank National Association dbrown@bdwfd.com jkreh@bdwf-firm.com

Heather Deere
   on behalf of Creditor New American Funding LLC bankruptcyco@hwmlawfirm.com

Jeffrey Fleming
   on behalf of Creditor Nationstar Mortgage LLC jeffreyf@bdfgroup.com

John Scanlan
   on behalf of Debtor Michelle Deon Lee jvscanlan@circlelaw.net

Kate M Leason
   on behalf of Creditor Second Creek Ranch Metropolitan District kleason@altitude.law

N. April Winecki
   on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com nortonlawpc@gmail.com

Robert Gregory Busch
   on behalf of Creditor Kalamata Capital LLC rob@rgbusch.com

Tom H. Connolly
   tom@connollytrustee.com ecf.alert+Connolly@titlexi.com

US Trustee
   USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE,

Debtor.

Bankruptcy Case No. 24-16918 KHT

Chapter 7

## ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD

PLEASE TAKE NOTICE that the following matters have been on set for a telephonic preliminary hearing to be held on **Tuesday, June 24, 2025 at 9:30 a.m.** along with the Motion for Relief from Stay filed by Bellco Credit Union (Docket No. 87) and Debtor's Objection thereto (Docket No. 96). Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: Debtor's Motion to Re-Establish or Re-Define Homestead Status filed May 13, 2025 (Docket No. 95) and Debtor's Motion for Emergency Hearing filed May 27, 2025 (Docket No. 103).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 28th day of May, 2025

BY THE COURT:

_Kimberley H. Tyson_
Kimberley H. Tyson
United States Bankruptcy Judge