IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Kimberley H. Tyson

In re:
MICHELLE DEON LEE

Debtor.

Case No. 24-16918 KHT

Chapter 7

## ORDER

THIS MATTER comes before the Court on the Debtor's Motion to Remove Counsel and Proceed Pro Se filed May 27, 2025 at docket #104 and the Motion to Withdraw as Counsel filed by John Scanlan on May 27, 2025 at docket #110 (the "Motions"). The Court finds good cause to grant both Motions. Accordingly,

THE COURT HEREBY GRANTS the Motions at docket #104 and #110.

Dated: June 4, 2025

BY THE COURT:

_____
Kimberley H. Tyson, Judge
United States Bankruptcy Court