UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: June 3, 2025                                                                                      HONORABLE KIMBERLEY H. TYSON, Presiding

In re:   Michelle Deon Lee,                                               Debtor.                    Case No: 24-16918-KHT
                                                                                                                                Chapter 7

Appearances:

| | | | |
|---|---|---|---|
| Debtor |  | Counsel |  |
| Creditor | Cornerstone Home Lending | Counsel | Abbey Dreher |
| Creditor | Second Creek Ranch Metro. Dist. | Counsel | Kate Leason |
| Creditor |  | Counsel |  |
| Creditor |  | Counsel |  |

Proceedings:  Preliminary hearing on the Motion for Relief from Stay On 5031 N Quemoy Ct., Aurora, Colorado 80019- 3665 and 4001-1.1 Notice filed by Cornerstone Home Lending on May 5, 2025 (Docket No. 89); Debtor's Objection thereto filed May 13, 2025 (Docket No. 97); and the Objection filed by Second Creek Ranch Metropolitan District filed May 23, 2025 (Docket No. 101).

[X]   The parties entered their appearances and made statements to the Court.

Orders:

[X]   For the reasons discussed on the record, the Court will continue the preliminary hearing to Tuesday, June 10, 2025, at 9:30 a.m.   The hearing will be held by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at https://www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht

Date: June 3, 2025

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:   */s/ K. Lane Cutler*
         Law Clerk