IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE,

    Debtor.

Case No. 24-16918 KHT
Chapter 7

**ORDER SETTING HEARING (docket ##113, 118, 119)**

THIS MATTER came before the Court on requests for relief (docket ##113, 118, 119) filed by the Debtor, Michelle Deon Lee, *pro se*. The Court finds the requests should be set for preliminary hearing, as set forth below.

To the extent any party is unable to appear in person at the scheduled hearing, that party must file with the Court a motion requesting telephonic appearance, no later than 3 days before the scheduled hearing time.

To the extent any party is unavailable on the date and time of the scheduled hearing, they must file with the Court a motion requesting a new hearing date and/or time, which motion must set forth dates and times at which the party is available to attend a hearing in person or by telephone, and which motion must be filed no later than 3 days before the scheduled hearing time.

Accordingly,

IT IS HEREBY ORDERED that an **in-person hearing** will be held on **Friday, June 20, 2025, at 10:00 a.m.** in **Courtroom D**, U.S. Custom House, 721 19th Street, Denver, Colorado. All persons attending the hearing must present a valid government-issued ID and submit to security screening to enter the U.S. Custom House.

IT IS FURTHER ORDERED that, if Debtor does not appear at the hearing and does not timely request a new hearing date and/or time at set forth above, the requests for relief may be denied without further opportunity for hearing.

Dated June 6, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge