Michelle Lee
16480 Fairway
Commerce Co. 80022
Phone:346-554-9725
Date 6/9/25



**Case No.** *Case 24-16918-KHT*

Honorable Judge Tyson

# Motion to Withhold Approval of Stipulation and Relief from Stay Until Trustee and Conduct Issues Are Resolved

**Honorable Judge [Judge's Name],**

I respectfully submit this motion to **request the Court refrain from granting or approving the stipulated agreement** (Docket # concerning the Motion for Relief from Stay filed by Cornerstone Home Lending until the **serious concerns regarding the trustee, misconduct, ex parte communications, and alleged abuse of power** are thoroughly addressed and **a ruling is issued**.

## Statement of Facts and Concerns:

- The parties have entered into a **stipulation** that appears to resolve certain issues about lien priority and relief from the automatic stay.
- However, **since the inception of this case**, I have raised **serious allegations** involving:
    - **Unauthorized ex parte communications** between the trustee, court clerk, opposing counsel, and other parties.
    - **Allegations of judicial misconduct, corruption, and breach of fiduciary duties**.
    - **Procedural violations, including actions taken after deadlines and without proper authorization.**
- **These issues remain unresolved**, and I believe they **are critical** to ensuring **fairness and justice** in these proceedings.

## Relief Requested:

- I **request the court defer approval** of the stipulation and the associated relief **until**:
    1. The **trustee, court clerk, opposing counsel, and other parties involved** are **investigated and held accountable** for any misconduct.
    2. The **judge issues a ruling or order** addressing these allegations, including **any necessary sanctions or disciplinary actions**.

*[Signature]* 6/9/25

3. The **court ensures** that **no further orders or relief** are granted that could **prejudice** my rights or **circumvent the proper legal process**.

## Legal Basis:

- This request is made **to uphold the integrity of the judicial process** and **prevent further harm** until **all misconduct and procedural violations are fully reviewed and resolved**.

**Wherefore,** I respectfully request that the Court **hold the approval of the stipulation and relief from stay in abeyance** until **these serious issues are properly addressed** and a ruling has been made.

Thank you for your careful consideration

*[signature]*

6/9/25