UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

Date: June 20, 2025　　　　　　　　　　　　　HONORABLE KIMBERLEY H TYSON, Presiding

In re: MICHELLE DEON LEE,　　　　　　Debtor.　　Case No: 24-16918 KHT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | Michelle Lee, appearing pro se | Counsel | |
| Trustee | Tom Connolly | Counsel | |
| Creditor | Robert Busch | Counsel | Kalamata Capital, LLC |
| Creditor | Kate Leason | Counsel | Second Creek Ranch Metro District |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: In-Person Preliminary Hearing on Debtor's Request to Submit Written Statement and Request for Hearing filed June 3, 2025 (Docket No. 113); Debtor's Motion for Procedural Oversight and to Address Attorney Misconduct filed separately from the Kalamata Reversal Hearing filed June 4, 2025 (Docket No. 118); and the Debtor's Motion for Procedural Oversight to Address Trustee Misconduct filed separately from the Kalamata Reversal Hearing filed June 4, 2025 (Docket No. 119).

[X] Entry of appearance(s) and statements made.

Orders: [X] For the reasons stated on the record, the Court took these matters under advisement.

Date: June 20, 2025

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: _Margo M. Gibbons_
Margo M. Gibbons, Courtroom Deputy