Exhibit #1

**IN THE UNITED STATES BANKRUPTCY COURT**
Michelle Lee
16480 Fairway
Commerce Co. 80022
Phone:346-554-9725
Date 7/14/25
leedreamgoddes@gmail.com

**Case No.** Case 24-16918-KHT



Michelle D. Lee
**BENEFICIARY AND EXECUTOR**
Am I not
Defendant:. Bellco
**UNCONTESTED MOTION FOR VERIFICATION OF INDEBTEDNESS AND FOR RELATED RELIEF docket # 145**

COMES NOW, Michelle Deon Lee, Beneficiary and Executor in the above-entitled case, and respectfully moves this Court for an order requiring the Movant to verify the debt asserted, and for related relief, pursuant to the applicable provisions of the Bankruptcy Code and Rules, and in support thereof states as follows:

**1. Uncontested Nature of the Motion:**
This motion is made uncontested; the Movant has not filed any objections or opposition, and the relief requested is consistent with the debtor's rights and applicable bankruptcy law.

**2. Request for Verification of Indebtedness:**
Pursuant to 11 U.S.C. § 506 and Federal Bankruptcy Rule 3001(c), the Debtor requests that the Court order the Movant to produce:
- A detailed, verified statement of the amount of the debt owed,
- A description of the nature of the claim (secured, unsecured, or partially secured),
- Documentation supporting the claimed amount, and
- Evidence establishing that the lien or claim is valid, enforceable, and properly perfected.

**3. Authority for the Relief Sought:**
Under 11 U.S.C. § 105(a), and Rules 3001 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court has authority to issue orders necessary to confirm the validity and amount of claims asserted against the estate.

**4. Requested Enforcement of Relief:**
The Debtor respectfully requests that the Court:

a. Enter an order requiring the Movant to verify the amount of the debt and the validity of the lien or security interest in accordance with federal bankruptcy rules; and

b. Grant such other relief as the Court deems appropriate, including an order confirming the debtor's rights and obligations, and determining the validity and amount of any claims asserted.

### 5. Good Cause and Uncontested Nature:

This motion is unopposed, and the requested relief is necessary to ensure proper administration of the estate and to uphold the debtor's rights under bankruptcy law.

WHEREFORE, the Debtor respectfully requests that the Court:

1. Grant this uncontested motion;
2. Require the Movant to verify the debt under the standards of 11 U.S.C. § 506 and Rule 3001(c);
3. Provide such other relief as the Court deems just and proper.

Respectfully submitted,



EXH 1

**THE UNITED STATES BANKRUPTCY COURT**
**Michelle Lee**
**16480 Fairway**
Commerce Co. 80022
Phone: 346-554-9725
Date 6/16/25
leedreamgoddes@gmail.com



FILED
CLERK OF COURT

JUN 1 6 2025

U.S BANKRUPTCY COURT
DISTRICT OF COLORADO

**Case No.** Case 24-16918-KHT

Plaintiff, M. Dellue D. Lee

v.

**Bellco Credit Union**
**Defendant.**

# MOTION FOR VERIFICATION OF INDEBTEDNESS AND FOR RELATED RELIEF

COMES NOW, the Plaintiff, **Michelle Lee** respectfully moves this Court for an order to **verify the validity, enforceability, and accuracy** of the **alleged debt** claimed by the Defendant, **Bellco Credit Union**, and in support thereof states:

## I. FACTUAL AND LEGAL BASIS

1. The Defendant has asserted a claim of indebtedness against the Plaintiff, supported by documents they allege create and evidence a debt.
2. The Plaintiff **contests the legitimacy** of the **instrument of indebtedness**, asserting that the **original note**, and all related documents, **may be forged, falsified, or materially altered**.
3. **The Plaintiff requests** the Court to **order the Defendant** to produce **the original, unaltered, and authentic copy** of the promissory note or debt instrument for verification purposes.
4. The Plaintiff **reserves the right** to challenge the amount owed, the enforceability of the debt, and to dispute the validity of the documents submitted.
5. This request is made **in the interest of justice** and to prevent wrongful enforcement of an invalid or fraudulent claim.

## II. RELIEF REQUESTED

WHEREFORE, the Plaintiff respectfully requests that this Court:



1. **Order** the Defendant to produce **the original, unaltered** promissory note or underlying instrument of indebtedness;
2. **Verify the legitimacy, enforceability,** and **authenticity** of said instrument;
3. **Deny** any enforcement or foreclosure proceedings **unless** and until** the instrument is verified and confirmed to be lawful and genuine;
4. **Hold** the subject property **in escrow** or **impose a Les Pendens** to prevent transfer, encumbrance, or foreclosure until verification is complete;
5. **Deny** any claims based on **fraudulent, forged, or invalid** documents; and
6. **Grant such other relief** as the Court deems just and proper.

Respectfully submitted this __10__ day of __June__, 20.

*[signature: Michael W. Ler]*