**IN THE UNITED STATES BANKRUPTCY COURT**
Michelle Lee

**16480 Fairway**

Commerce Co. 80022
Phone:346-554-9725
Date 07/ 25 /2025
leedreamgoddes@gmail.com



## Case No. Case 24-16918-KHT

Michelle D. Lee

**PLAINTIFF,**
   **VS**

CHAPTER 7 TRUSTEE: TOM H. CONNOLLY TOM CONNOLLY, LLC PO BOX 68 LAFAYETTE, CO 80026-0068

NEW AMERICAN FUNDS, LLC C/O HEATHER L DEERE 355 UNION BOULEVARD, SUITE 250 LAKEWOOD, CO 80228

KEYBANK NATIONAL ASSOCIATION BROWN DUNNING WALKER FEIN DRUSCH PC C/O DOUGLAS W. BROWN 7995 E PRENTICE AVE SUITE 101E GREENWOOD VILLAGE, CO 80111

PARTY REQUESTING NOTICE: ATTN: ALLY BANK DEPARTMENT AIS PORTFOLIO SERVICES LLC ACCOUNT: XXXXXXXX2262 4515 N. SANTA FE AVE. DEPT. APS OKLAHOMA CITY, OK 73118 PARTY

REQUESTING NOTICE: WILLMINGTON SAVINGS FUND SOCIETY, FSB C/O JULIAN COTTON 6267 OLD WATER OAK ROAD, SUITE 203 TALLAHASSEE, FL 32312

PARTY REQUESTING NOTICE: TRINITY LIFE INSURANCE COMPANY C/O ARICYN JAINE DALL RANDALL S. MILLER & ASSOCIATES, P.C.-CO 215 16TH STREET, SUITE 1210 DENVER, CO 80202

JPMORGAN CHASE BANK, N.A. C/O ANDREA BETTS-WHALEN ALDRIDGE PITE, LLP 3333 CAMINO DEL RIO SOUTH, SUITE 225 SAN DIEGO, CA 92108 PARTY REQUESTING NOTICE: BELLCO CREDIT UNION C/O APRIL L. BERRY JANEWAY LAW FIRM, P.C. 9540 MAROON CIRCLE STE. 320 ENGLEWOOD, CO 80112

PARTY REQUESTING NOTICE: BELLCO CREDIT UNION P.O. BOX 6541 GREENWOOD VILLAGE, CO 80155

PARTY REQUESTING NOTICE: KALAMATA CAPITAL GROUP, LLC C/O ROBERT G. BUSCH, ESQ. RG BUSCH, PLLC P.O. BOX 3931 GREENWOOD VILLAGE, CO 80111

PARTY REQUESTING NOTICE: SECOND CREEK RANCH METROPOLITAN DISTRICT C/O KATE M. LEASON, ESQ. 555 ZANG STREET, SUITE 100 LAKEWOOD, CO 80228-10

BARRETT FRAPPIER & WEISSERMAN, LLP ___/s/ Rachael Swernofsky_____ Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 **Email Address:** co.ecf@bdfgroup.com

1

# AGREEMENT TO PAY MOTION

**COMES NOW** the Plaintiff, Michelle Lee, ProSa hereby submits this **Agreement to Pay** and under applicable federal and state law, and states the following:

## 1. Acknowledgment of Willingness to Pay

Plaintiff **acknowledges her willingness to pay** any lawful, verified debt she **legally owes upon proper validation** and **verification** of said debt, including **actual accounting records, signed invoices, contractual documentation**, and **the original instrument of indebtedness**.

## 2. Conditions of Payment and Validation

This agreement **is contingent upon** the Defendant providing **the following documentation** within **14 days**:

- **Actual accounting records** confirming the debt amount;
- **Signed invoice or verification** that clearly **specifies the amount owed**;
- **A certified copy mailed** of **binding contract** between the parties, **showing full contractual terms** with **wet signatures;C.R.S. § 4-2-201,Statutes § 4-1-103Statutes, § 38-10-105.Signature" explicitly implies a handwritten (wet) signature, which is the standard method to establish authenticity and intent.**
- **The original instrument of indebtedness**, such as the promissory note, loan agreement. With the name of the creditor requesting the payment
- Full disclosure of **all contractual terms and conditions**.
- Provide equal consideration; They brought nothing to the table and nothing can be lost.
- Lawful terms and conditions  My understanding is that any claim based on fraud or unlawful practices is invalid.
- Recognition that corporations are legal entities without physical or moral agency; they cannot sign contracts themselves. No third party has the authority to sign a contract on behalf of a corporation.

**Failure to produce** these documents and the **original instrument** within the specified time will **result in the debt being deemed discharged**, with no further obligation on the part of the Plaintiff.

## 3. Legal Basis

This motion is made under **15 U.S.C. § 1666** and **15 U.S.C. § 1692g**, requiring **verification of debts** and **validation of claims**. It also invokes **state law** regarding **contracts** (Colorado Revised Statutes §§ 4-1-101 to 4-1-404 (UCC)**) and **the principle that**

2

**corporations do not have physical or moral agency** to sign as 3rd party.

## 4. Without Prejudice

This **Agreement to Pay** and **Motion for Validation and Production** is **made without prejudice** to any rights or defenses of the Plaintiff, and is solely for the purpose of **clarifying**.

## WHEREFORE, the Plaintiff respectfully requests the Court to:

b. **Deem any disputed debt discharged** if the documentation and original instrument are **not properly provided within 14 days**;
c. **Dismiss** any claims based on **illegitimate or unlawful practices** if proper verification and original documents are not provided;
d. **Grant such other relief** as the Court deems just and proper.

Respectfully submitted this __25__ day of __7__, 2025
Signature: _Michelle Lee_
Michelle Lee

**Certificate of Service:**
I certify that a copy of this agreement and motion was served upon 1st class USPOffice mail on this _25_ day of _7_, 2025
Signature: _Michelle Lee_
Michelle Lee

CHAPTER 7 TRUSTEE: TOM H. CONNOLLY TOM CONNOLLY, LLC PO BOX 68 LAFAYETTE, CO 80026-0068

NEW AMERICAN FUNDS, LLC C/O HEATHER L DEERE 355 UNION BOULEVARD, SUITE 250 LAKEWOOD, CO 80228

KEYBANK NATIONAL ASSOCIATION BROWN DUNNING WALKER FEIN DRUSCH PC C/O DOUGLAS W. BROWN 7995 E PRENTICE AVE SUITE 101E GREENWOOD VILLAGE, CO 80111

PARTY REQUESTING NOTICE: ATTN: ALLY BANK DEPARTMENT AIS PORTFOLIO SERVICES LLC ACCOUNT: XXXXXXXX2262 4515 N. SANTA FE AVE. DEPT. APS OKLAHOMA CITY, OK 73118 PARTY

REQUESTING NOTICE: WILLMINGTON SAVINGS FUND SOCIETY, FSB C/O JULIAN COTTON 6267 OLD WATER OAK ROAD, SUITE 203 TALLAHASSEE, FL 32312

PARTY REQUESTING NOTICE: TRINITY LIFE INSURANCE COMPANY C/O ARICYN JAINE DALL RANDALL S. MILLER & ASSOCIATES, P.C.-CO 215 16TH STREET, SUITE 1210 DENVER, CO 80202


JPMORGAN CHASE BANK, N.A. C/O ANDREA BETTS-WHALEN ALDRIDGE PITE, LLP 3333 CAMINO DEL RIO SOUTH, SUITE 225 SAN DIEGO, CA 92108 PARTY REQUESTING NOTICE: BELLCO CREDIT UNION C/O APRIL L. BERRY JANEWAY LAW FIRM, P.C. 9540 MAROON CIRCLE STE. 320 ENGLEWOOD, CO 80112

PARTY REQUESTING NOTICE: BELLCO CREDIT UNION P.O. BOX 6541 GREENWOOD VILLAGE, CO 80155

PARTY REQUESTING NOTICE: KALAMATA CAPITAL GROUP, LLC C/O ROBERT G. BUSCH, ESQ. RG BUSCH, PLLC P.O. BOX 3931 GREENWOOD VILLAGE, CO 80111

PARTY REQUESTING NOTICE: SECOND CREEK RANCH METROPOLITAN DISTRICT C/O KATE M. LEASON, ESQ. 555 ZANG STREET, SUITE 100 LAKEWOOD, CO 80228-10

BARRETT FRAPPIER & WEISSERMAN, LLP ___/s/ Rachael Swernofsky_____ Rachael Swernofsky, Atty Reg No. 56919 1391 N. SPEER BLVD, SUITE 700 DENVER, CO 80204 **Email Address: co.ecf@bdfgroup.com**