B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Michelle D. Lee | **DEFENDANTS** Cornerstone Abby Dreher 14841 Dallas PKW #350 Dallas TX 75252 |
| **ATTORNEYS** (Firm, Name, Address, and Telephone No.) Michelle D. Lee (Pro Se) 16480 Fairway dr Commerce City CO 18089 | **ATTORNEYS** (If Known) Abby Dreher Burial & Associates |
| **PARTY** (Check One Box Only)<br>☑ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

U.S.C 502 and 105
USC 157 1334 and 11 USC. 1409

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☑ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 486,074.91 |
| **Other Relief Sought** See Attached | |

**IN THE UNITED STATES BANKRUPTCY COURT**
Michelle Lee
16480 Fairway
Commerce Co. 80022
Phone:346-554-9725
Date:
leedreamgoddes@gmail.com

**Case No.** Case 24-16918-KHT

## ADVERSARY PROCEEDING COMPLIANT
## Vs

Cornernerstone
BONIAL & ASSOCIATES, P.C. /s/ Abbey Dreher Abbey Dreher CO#48492
Bonial & Associates, P.C. 14841 Dallas Parkway, Suite 350 Dallas, Texas 75254 Email Address: abbey.dreher@bonialpc.com

## Quiet Title and Removal of All Claims Against Property

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 502 and 105.
2. Venue is proper pursuant to 28 U.S.C. § 1409.

## I. INTRODUCTION

I do not owe this creditor
**This adversary proceeding is brought pursuant to Federal Rules of Bankruptcy Procedure Rules 3001 and 3007, and 11 U.S.C. §§ 502 and 105, to disallow the claim filed by Cornerstone because the claim lacks proper support, standing, and is otherwise unsupported by law or record.**
**Please be advised that I do not owe this debt, and I am exercising my rights under applicable federal law. I request written confirmation that this matter is resolved and that no further action will be taken against me.**

**Pursuant to the Court's order dated June 10, 2025, which explicitly found that Cornerstone did not have legal or lien standing because they were not on the deed, and therefore lacked the necessary legal standing to pursue claims related to my**

property, I hereby move for an adversarial proceeding to quiet title and have all claims against my property declared invalid and removed. Docket # 136,89

Legal Arguments:

1. Order of the Court – Lack of Standing:

On June 10, 2025, Your Honor correctly held that Cornerstone lacked standing because they were not on the deed, and thus, did not hold any legal interest or lien rights in the property. As the court recognized, standing is a jurisdictional prerequisite requiring a plaintiff to demonstrate a legal interest in the property and the capacity to sue.

3. Federal Law – Validity of Liens and Claims:

Per 11 U.S.C. §§ 506(d) and 105(a), liens and claims that are not properly supported or recorded are subject to disallowance or avoidance. The court's prior ruling aligns with this, indicating that any purported lien or claim from Cornerstone is invalid due to their lack of proper support and standing.

4. Quiet Title Action – Establishing Clear Title:

Given the court's finding that Cornerstone lacks standing and recorded interest, I now seek to quiet title in my favor and have all claims and encumbrances from Cornerstone and any other alleged lienholders removed from the record.

Property located at 5031 Quemoy ct Aurora Co. 80019
Green Valley ranch Subd FLG No BLK 20

5. Claims Disallowed:

In light of the court's order and the absence of any valid lien or interest, I request that the court declare all claims, liens, or encumbrances asserted by Cornerstone or any affiliated entities as invalid, removed from the record, and disallowed thereby confirming my sole ownership rights free and clear.

Conclusion:

Based on the court's order, the lack of legal and lien standing by Cornerstone, and the principles of Colorado law and federal statutes regarding unsupported claims, I respectfully request that the Court:
- Enter an order establishing a clear and undisputed title in my favor.
- Declare all claims, liens, or encumbrances asserted by Cornerstone invalid and removed from the property.
- Permanently enjoin any further claims by Cornerstone or related parties.

## CLAIM FOR RELIEF

**Count 1: Disallowance of Claim Due to Lack of Standing and Supporting Evidence**

9. Pursuant to Federal Rules of Bankruptcy Procedure, Rules 3001 and 3007, a party may object to and disallow claims that are unsupported by record, law, or evidence.
10. Under 11 U.S.C. § 502(b), the Court shall disallow any claim that is not supported by proper documentation or that is unenforceable under law.
11. The Court's prior order confirms Cornerstone lacked standing and that their claim is unsupported by record or law.
12. The total debt claimed by Movant, $486,074.81 as of April 15, 2025, should be disallowed in full, as the claim is unsupported and the Movant lacks any enforceable legal or equitable interest in the property.

Respectfully
Michelle lee