UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO



In re:
MICHELLE DEON LEE,
\*\*\*\*\*0459
Debtor.

Case No. 24-16918 KHT

Chapter 7

MOTION TO DISMISS CHAPTER 7 CASE BASED ON TRUSTEE ABANDONMENT UNDER RULE 6007

Debtor, MICHELLE DEON LEE, pro se, respectfully moves this Court pursuant to 11 U.S.C. § 707(a) and Federal Rule of Bankruptcy Procedure 1017(a), for an Order dismissing her Chapter 7 bankruptcy case, and states:

1. Debtor filed a voluntary petition under Chapter 13 on November 20, 2024. The case was converted to Chapter 7 on February 28, 2025. A Chapter 7 Trustee (Tom Connolly) was appointed following conversion.

2. On **January 6, 2026**, the Trustee filed a **Trustee's Motion to Abandon Real Property of the Estate** (Docket No. 348), pursuant to Rule 6007. In that Motion, the Trustee listed the following real properties as burdensome, encumbered, in default, subject to foreclosure, non-income generating, and of little or no benefit to the estate:
   — 5031 N. Quemoy Ct., Aurora, CO 80019
   — 4328 Andes Way, Denver, CO 80249
   — 25572 E 5th Place, Aurora, CO 80018
   — 15430 Fairway Dr., Commerce City, CO 80022

3. The Motion to Abandon reflects that those properties have been abandoned (either through an order or notice of abandonment). Following that abandonment, **no non-exempt, non-administrable assets remain** in the estate. The estate holds nothing of value that can be administered for the benefit of creditors.

4. With the estate rendered a no-asset case, its purpose has been concluded: there is no remaining estate property or duty for the Trustee to fulfill.

5. Under 11 U.S.C. § 707(a), a Chapter 7 case may be dismissed for "cause," including situations where there are no assets to administer and continuation of the

case serves no purpose. Dismissal Under § 707(a): This allows for dismissal for cause, including when a case lacks substance, and a no-asset case with abandoned property fits this criteria.

- Mootness: Once property is abandoned, it's no longer part of the estate; if nothing else remains, the purpose of the bankruptcy (asset administration) is fulfilled or becomes impossible, making continuation moot.

6. Under Federal Rule of Bankruptcy Procedure 1017(a), the debtor may move to dismiss a voluntary Chapter 7 case for cause, provided notice and a hearing are given, and all required information is filed.

7. Debtor has complied / will comply with all requirements imposed by the Court's January 14, 2026 Order (Docket No. 355), including:

   a. An affidavit under penalty of perjury stating this motion raises no issues previously raised by Debtor;
   b. Full copies of all statutes, rules, and cases cited herein;
   c. A Notice of Motion signed and dated, providing at least 21 calendar days' notice (under Local Rule 9013-1 and Fed. R. Bankr. P. 2002(a)(4));
   d. A Certificate of Service showing service on the Trustee, U.S. Trustee, creditors, and all parties in interest.

WHEREFORE, Debtor respectfully asks this Court to:

A. Grant this Motion and dismiss the Chapter 7 case under 11 U.S.C. § 707(a);
B. Grant any such additional or alternative relief as the Court deems just and proper.

DATED this ___ day of _____, 2026.

Respectfully submitted,

/ s / MICHELLE DEON LEE
Debtor, pro se

NOTICE OF MOTION TO object DISMISS CHAPTER 7 CASE

TO: All Parties in Interest:

PLEASE TAKE NOTICE that Debtor, Michelle Deon Lee, pro se, has filed a Motion to Dismiss her Chapter 7 bankruptcy case under 11 U.S.C. § 707(a).

A hearing on this Motion will be scheduled by the Court. Objections to this Motion must be filed with the Court and served on Debtor and all parties in interest no later than **21 calendar days** after the date this Notice is mailed.

Date: Thursday, February 12, 2026

/ s / MICHELLE DEON LEE
Debtor, Pro Se



FILED
CLERK OF COURT

JAN 22 2026

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## CERTIFICATE OF DELIVERY

I, the undersigned, hereby certify that on this __22__ day of _____, 2026, I delivered a true and correct copy of the in the matter of notice following parties: Motion to dismiss Bankruptcy case Docket

Signature: _____

**AIS Portfolio Services LLC** (19741144)
4515 N Santa Fe Av, Dept APS (cr)
Oklahoma City, OK 73118

**Ally Bank** (19741145)
PO Box 380901 (cr)
Bloomington, MN 55438

**Ally Bank** (19747582)
AIS Portfolio Services, LLC (cr)
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Bank** (19756976)
4515 N. Santa Fe Ave. Dept. APS (cr)
Oklahoma City, OK 73118

**American Express** (19741146)
PO Box 981537 (cr)
El Paso, TX 79928

**American Express National Bank** (19765771)
c/o Becket and Lee LLP (cr)
PO Box 3001
Malvern PA 19355-0701

**AR System Master Homeowner** (19741147)
18650 E 45th Av (cr)
Denver, CO 80249

**Association for Green Valley Ranch** (19741148)
18650 E 45th Av (cr)
Denver, CO 80249

**AT&T** (19741149)
PO Box 6415 (cr)
Carol Steam, IL 90197

FILED
CLERK OF COURT
JAN 22 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**Augustar Life Insurance**  
PO Box 237  
Cincinnati, OH 45201

(19741150)  
(cr)

**Automatic Data Processing**  
5355 Orangethorpe Av  
La Palma, CA 90623

(19741151)  
(cr)

**B & B Investments**  
5311 Niagara St  
Commerce City, CO 80022

(19741152)  
(cr)

**Barrett Frappier & Weisserman**  
4004 Beltline Rd, Suite 100  
Addison, TX 75001

(19741153)  
(cr)

**Bellco Credit Union**  
7600 E Orchard Rd  
Suite 400  
Englewood, CO 80111

(19741154)  
(cr)

**Best Buy**  
PO Box 78003  
Phoenix, AZ 85062

(19741155)  
(cr)

**Bishops**  
50 Public Square  
29th Floor  
Cleveland, OH 44113

(19741156)  
(cr)

**Caine & Weiner**  
12005 Ford Road  
Suite 300  
Dallas, TX 75234

(19741157)  
(cr)

**Chase**  
PO Box 182055  
Columbus, OH 43218

(19741158)  
(cr)

**Chase Cardmember Services**  
PO Box 15548  
Wilmington, DE 19886

(19741159)  
(cr)

**City & County of Denver**  
PO Box 17420  
Denver, CO 80217

(19741160)  
(cr)

**CO Permanente Med GP**  
PO Box 668  
Arvada, CO 80001

(19741161)  
(cr)

**Colorado Department of Revenue**  
1375 Sherman St  
Denver, CO 80261-0004

(19741162)  
(cr)

**Colorado Department of Revenue**  
Bankruptcy Unit, Rm 104  
1881 Pierce Street  
Lakewood, CO 80214

(19747217)  
(cr)

**Cornerstone Home Lending**  
18655 Green Valley Ranch Blvd  
Denver, CO 80249

(19741163)  
(cr)

**Cornerstone Home Lending,**  
a division of Cornerstone  
Capital Bank, SSB  
PO Box 4638  
Englewood, Colorado 80155

(19755835)  
(cr)

**Credit Collection Services**  
PO Box 55123  
Boston, MA 02205

(19741166)  
(cr)

**Credit Collection Services**  
PO Box 55156  
Boston, MA 4828

(19741165)  
(cr)

**Credit Collection Services**  
PO Box 55156  
Boston, MA 02205

(19741164)  
(cr)

**Daniel Kelley**  
6025 S Quebec St  
Suite 355  
Englewood, CO 80111

(19741167)  
(cr)

**Diversified Radiology**  
PO Box 8553  
Pompano Beach, FL 33075

(19741168)  
(cr)

**E 470 Public Highway**  
PO Box 5470  
Denver, CO 80217

(19741169)  
(cr)

**E-470 Public Highway Authority**  (19780314)
22470 E Stephen D. Hogan Parkway Ste 110  (cr)
Aurora CO 80018

**Eldorado Natural Spring Water**  (19741170)
1783 Dogwood St  (cr)
Louisville, CO 80027

**Fortiva Retail Credit**  (19741171)
PO Box 105341  (cr)
Atlanta, GA 30348-5341

**Gallery at Reunion Association Inc**  (19741172)
11002 Benton St  (cr)
Commerce City, CO 80022

**Greensky**  (19741173)
PO Box 2730  (cr)
Alpharetta, GA 30023

**GreenSky Inc.**  (19766675)
PO Box 2730  (cr)
Alpharetta, GA 30023-2730

**Halliday Watkins & Mann PC**  (19741174)
355 Union Blvd  (cr)
Suite 250
Lakewood, CO 80228

**Internal Revenue Service**  (19741175)
PO Box 7346  (cr)
Philadelphia, PA 19101-7346

**Janeway Law Firm PC**  (19741176)
9540 Maroon Circle, suite 320  (cr)
Englewood, CO 80112

**Jeffrey Schug**  (19741177)
26000 Canon Rd  (cr)
Bedford, OH 44146

**JPMorgan Chase Bank, N.A.**  (19760988)
s/b/m/t Chase Bank USA, N.A.  (cr)
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

**JPMorgan Chase Bank, N.A.**  (19767988)
National Bankruptcy Department  (cr)
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

**JPMorgan Chase Bank, N.A.**  (19773665)
c/o Aldridge Pite, LLP  (cr)
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

**Kaiser Permanente**  (19741178)
PO Box 31218  (cr)
Tampa, FL 33631

**Kalamata Capital Group**  (19741179)
1 Blue Hill Plaza  (cr)
Pearl River, NY 10965

**Kalamata Capital Group, LLC**  (19896001)
1545 Route 202 Suite 101  (cr)
Pomona, NY 10970

**Kalamata Captial Group**  (19741180)
401 W Atlantic Av  (cr)
Delray Beach, FL 33444

**KeyBank National Association**  (19779427)
 (cr)

**Linebarger Goggan Blair & Sampson LLP**  (19741181)
11001 W 120th Av, suite 215  (cr)
Broomfield, CO 80021-3494

**Lyon Collection Services Inc**  (19741182)
7924 West Sahara Av  (cr)
Las Vegas, NV 89117

**McCarthy Burgess & Wolff**  (19741183)
2600 Cannon Rd  (cr)
Bedford, OH 44146

**Mulligan Funding LLC**  (19741184)
4715 Viewridge Av  (cr)
suite 100
San Diego, CA 92123

**Nationstar Mortgage LLC** (19769397)
c/o Rushmore Servicing (cr)
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

**New American Funding, LLC** (19750091)
8201 N FM 620 Suite 120 (cr)
Austin, TX 78726

**ODK Capital, LLC** (19779809)
4700 W Daybreak Pkwy., Ste 200 (cr)
South Jordan, UT 84009

**PNC Bank** (19741185)
PO Box 5570 (cr)
Cleveland, OH 44101

**PNC Bank NA** (19776283)
Bankruptcy Department (cr)
PO BOX 94982
Cleveland, OH 44101

**PORTFOLIO RECOVERY ASSOCIATES, LLC** (19771553)
POB 41067 (cr)
Norfolk, VA 23541

**Prosperum Capital Partners LLC** (19785408)
749 GATEWAY, SUITE G-601 (cr)
ABILENE, TX 79602

**Resurgent Receivables, LLC** (19778139)
Resurgent Capital Services (cr)
PO Box 10587
Greenville, SC 29603-0587

**Reunion Association Inc** (19741186)
(cr)

**Reunion Metropolitan District** (19741187)
11002 Benton St (cr)
Commerce City, CO 80020-3200

**Rushmore Servicing** (19741188)
PO Box 619098 (cr)
Dallas, TX 75261

**Second Creek Ranch Metropolitan District**  (19780166)
555 Zang Street, Suite 100  (cr)
Lakewood, CO 80228

**Senske Services**  (19741189)
PO Box 35144  (cr)
Seattle, WA 98124

**Sequium Asset Solutions LLC**  (19741190)
1130 NorthChase Parkway  (cr)
Suite 150
Marietta, GA 30067

**Shellpoint Mortgage Servicing**  (19741191)
PO Box 10826  (cr)
Greenville, SC 29603

**SN Servicing Corp**  (19741192)
13702 Coursey Blvd  (cr)
Bldg 1A
Baton Rouge, LA 70817

**The Gallery at Reunion Association, Inc**  (19785316)
11002 Benton St  (cr)
Commerce City, CO 80020-3200

**TXTAG**  (19741193)
PO Box 650749  (cr)
Aurora, CO 80011

**United Healthcare**  (19741195)
PO Box  (cr)
Salt Lake City, UT 84130

**United Healthcare**  (19741194)
PO Box 30555  (cr)
Salt Lake City, UT 84130

**US Internal Revenue Dept**  (19741196)
PO Box 7346  (cr)
Philadelphia, PA 19101

**US Internal Revenue Service**  (19741197)
PO Box 7346  (cr)
Philadelphia, PA 19101

**Verizon**  (19741198)
PO Box 660108  (cr)
Dallas, TX 6432

| | |
|---|---|
| **Verizon**<br>PO Box 489<br>Newark, NJ 07101 | (19741199)<br>(cr) |
| **Wilmington Savings Fund Society**<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312 | (19753303)<br>(cr) |
| **Wilmington Savings Fund Society,**<br>c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 | (19779920)<br>(cr) |

1. **Byron G. Rogers Federal Building**
   **1961 Stout St., Ste. 12-200**
   **Denver, CO 80294**
2. **Tom H. Connolly**
   **Tom Connolly, LLC**
   **PO Box 68**
   **Lafayette, CO 80026-0068**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:
**MICHELLE DEON LEE,**            Case No. 24-16918 KHT
*****0459                         Chapter 7
Debtor.

**PROPOSED ORDER DISMISSING CHAPTER 7 CASE**

THIS MATTER having come before the Court on **Debtor's Motion to Dismiss Chapter 7 Case Based on Trustee Abandonment Under Rule 6007**, and the Court having reviewed the Motion, supporting affidavits, exhibits, and notices (including compliance with the Court's January 14, 2026 filing restrictions), and having been advised that the Trustee has abandoned all estate property, and that there are no non-exempt, administrable assets remaining in the estate; and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That the Debtor's Motion to Dismiss Chapter 7 Case under 11 U.S.C. § 707(a) is **GRANTED.**

2. That the Chapter 7 bankruptcy case of Debtor, Michelle Deon Lee, Case No. 24-16918 KHT, is DISMISSED by reason that the estate is a **no-asset case** and the Trustee has abandoned all property.

3. That the Clerk of the Court is directed to close this case.

4. That any notices, deadlines, or hearings previously set in this case are VACATED or otherwise rendered moot.

5. That the Debtor may seek any further relief as the Court deems just and proper.

DATED this ___ day of _____, 2026.

**BY THE COURT:**

_____
**The Honorable _____ KHT**
**United States Bankruptcy Judge**

**AFFIDAVIT OF MICHELLE DEON LEE**

I, Michelle Deon Lee, declare under penalty of perjury:

1. I am the Debtor in the above-captioned case.
2. I have reviewed all prior pleadings and motions filed in this case.
3. I affirm that this Motion to Dismiss raises no issue or argument that I have previously raised in any motion, pleading or request for relief filed in this case.

Executed this _22_ day of _January_, 2026, at _Denver_ (city), Colorado.

/s/ MICHELLE DEON LEE  *Michelle C. Lee*
Debtor, Pro Se
Address: _1150 Fairmont dr Commerce City 80022_

CHRISTOPHER MARTINO
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194000861
MY COMMISSION EXPIRES JAN 8, 2027

*C. Mart*

# EXHIBIT A

**Full Copies of Statutes, Rules, and Cases Cited**

### 1. 11 U.S.C. § 707(a) — Dismissal of a Case

§ 707. Dismissal
(a) *The court may dismiss a case under this chapter only after notice and a hearing and only for cause, including —*
   (1) unreasonable delay by the debtor that is prejudicial to creditors;
   (2) nonpayment of any fees or charges required under chapter 123 of title 28; and
   (3) failure of the debtor in a voluntary case to file, within fifteen days or such additional time as the court may allow after the filing of the petition commencing such case, the information required by paragraph (1) of section 521(a), but only on a motion by the United States trustee.

### 2. 11 U.S.C. § 554 — Abandonment of Property of the Estate

§ 554. Abandonment of Property of the Estate
(a) After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.
(b) On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.
(c) Unless the court orders otherwise, any property scheduled under section 521(a)(1) of this title not otherwise administered at the time of the closing of a case is abandoned to the debtor and administered for purposes of section 350 of this title.
(d) Unless the court orders otherwise, property of the estate that is not abandoned under this section and that is not administered in the case remains property of the estate.

### 3. Fed. R. Bankr. P. Rule 6007 — Abandoning or Disposing of Property

Rule 6007. Abandoning or Disposing of Property
(a) Notice by the Trustee or Debtor in Possession.
   (1) In general. Unless the court orders otherwise, the trustee or debtor in possession must give notice of a proposed abandonment or disposition of

property to: all creditors; all indenture trustees; any committees appointed or elected under the Code; and the United States trustee.
   (2) Objection. A party in interest may file and serve an objection within 14 days after the notice is mailed or within the time set by the court. If a timely objection is filed, the court shall set a hearing on notice to the United States trustee and others as ordered.
(b) Motion by a Party in Interest. A party in interest may file and serve a motion requiring the trustee to abandon property of the estate. The motion (and notice) must be served on the trustee, creditors, indenture trustees, any official committees, and the United States trustee. If the court grants the motion, the trustee's abandonment is effective without further notice unless the court directs otherwise.

## 4. Fed. R. Bankr. P. Rule 1017(a) — Voluntary Dismissal; "Other Cause"

**Rule 1017. Dismissing a Case; Suspension**
(a) *Voluntary Dismissal; Dismissal for Want of Prosecution or Other Cause.* Except as provided in §§ 707(a)(3), 707(b), 1208(b), and 1307(b) of the Code, and in Rule 1017(b), (c), and (e), a case shall not be dismissed on motion of the petitioner, for want of prosecution or other cause, or by consent of the parties, before a hearing on notice as provided in Rule 2002. For the purpose of the notice, the debtor shall file a list of creditors with their addresses within the time fixed by the Court unless the list was previously filed. If the debtor fails to file the list, the Court may order the debtor or another entity to prepare and file it.

## 5. Local Rule 9013-1 (District of Colorado) — Motion Practice / Notice

**Local Bankruptcy Rule 9013-1. Motions Practice**
(a) Documents to Be Served. Every motion or other request for relief must be accompanied by a proposed order and must be served together with all exhibits, affidavits, and documents referenced in the motion.
(b) Notice Requirements. The motion must include a separate Notice of Motion in a form consistent with District's L.B.F. 9013-1.1. The notice must state clearly the deadline for objections, describe what relief is requested, and use the current creditor address matrix.
(c) Certificate of Service. A certificate of service must state who was served, how service was made, and the date of service. It must be filed no later than three calendar days after the motion is filed.
(d) Failure to Comply. Failure to comply with any part of this local rule may result in the Court striking or denying the motion without further hearing.