United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-16918-KHT
Michelle Deon Lee     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 6
Date Rcvd: Jan 26, 2026     Form ID: pdf904     Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | John Scanlan, 1726 Champa St, 3E, Denver, CO 80202-2717 |
| cr | + | Kalamata Capital LLC, 1 Blue Hill Plaza, Suite 1509, Pearl River, NY 10965-3165 |
| cr | | Second Creek Ranch Metropolitan District, Altitude Community Law P.C., 555 Zang Street, Suite 100, Lakewood, CO 80228-1011 |
| cr | + | The Gallery at Reunion Association, Inc., c/o Altitude Community Law P.C., 555 Zang Street, Suite 100, Lakewood, CO 80228, UNITED STATES 80228-1011 |
| 19741147 | + | AR System Master Homeowner, 18650 E 45th Av, Denver, CO 80249-6516 |
| 19741148 | + | Association for Green Valley Ranch, 18650 E 45th Av, Denver, CO 80249-6516 |
| 19741150 | + | Augustar Life Insurance, PO Box 237, Cincinnati, OH 45201-0237 |
| 19741151 | + | Automatic Data Processing, 5355 Orangethorpe Av, La Palma, CA 90623-1095 |
| 19741152 | + | B & B Investments, 5311 Niagara St, Commerce City, CO 80022-4326 |
| 19741155 | + | Best Buy, PO Box 78003, Phoenix, AZ 85062-8003 |
| 19741156 | + | Bishops, 50 Public Square, 29th Floor, Cleveland, OH 44113-2202 |
| 19741161 | + | CO Permanente Med GP, PO Box 668, Arvada, CO 80001-0668 |
| 19741163 | + | Cornerstone Home Lending, 18655 Green Valley Ranch Blvd, Denver, CO 80249-6888 |
| 19741166 | | Credit Collection Services, PO Box 55123, Boston, MA 02205 |
| 19741167 | + | Daniel Kelley, 6025 S Quebec St, Suite 355, Englewood, CO 80111-4596 |
| 19741168 | + | Diversified Radiology, PO Box 8553, Pompano Beach, FL 33075-8553 |
| 19741170 | + | Eldorado Natural Spring Water, 1783 Dogwood St, Louisville, CO 80027-3085 |
| 19741172 | | Gallery at Reunion Association Inc, 11002 Benton St, Commerce City, CO 80022 |
| 19741177 | + | Jeffrey Schug, 26000 Canon Rd, Bedford, OH 44146-1807 |
| 19741178 | + | Kaiser Permanente, PO Box 31218, Tampa, FL 33631-3218 |
| 19741179 | + | Kalamata Capital Group, 1 Blue Hill Plaza, Pearl River, NY 10965-3104 |
| 19741180 | + | Kalamata Captial Group, 401 W Atlantic Av, Delray Beach, FL 33444-3689 |
| 19741183 | | McCarthy Burgess & Wolff, 2600 Cannon Rd, Bedford, OH 44146 |
| 19785408 | + | Prosperum Capital Partners LLC, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 19741187 | + | Reunion Metropolitan District, 11002 Benton St, Commerce City, CO 80020-3286 |
| 19780166 | + | Second Creek Ranch Metropolitan District, 555 Zang Street, Suite 100, Lakewood, CO 80228-1011 |
| 19741189 | + | Senske Services, PO Box 35144, Seattle, WA 98124-5144 |
| 19741193 | | TXTAG, PO Box 650749, Aurora, CO 80011 |
| 19785316 | + | The Gallery at Reunion Association, Inc, 11002 Benton St, Commerce City, CO 80020-3286 |
| 19741196 | + | US Internal Revenue Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19741195 | | United Healthcare, PO Box, Salt Lake City, UT 84130 |
| 19753303 | + | Wilmington Savings Fund Society, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | | |
| | | | Jan 26 2026 22:26:00 | Cornerstone Home Lending, a Division of Cornerston, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 19741144 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jan 26 2026 22:30:00 | AIS Portfolio Services LLC, 4515 N Santa Fe Av, Dept APS, Oklahoma City, OK 73118-7901 |
| 19741149 | + | Email/Text: g17768@att.com | | |
| | | | Jan 26 2026 22:25:00 | AT&T, PO Box 6415, Carol Steam, IL |

| District/off: 1082-1 | | User: admin | | Page 2 of 6 |
|---|---|---|---|---|
| Date Rcvd: Jan 26, 2026 | | Form ID: pdf904 | | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | 60197-6415 |
| 19756976 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 26 2026 22:30:09 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19741145 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 26 2026 22:25:00 | Ally Bank, PO Box 380901, Bloomington, MN 55438-0901 |
| 19747582 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 26 2026 22:30:09 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 19741146 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2026 22:30:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 19765771 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2026 22:29:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19741154 | | Email/Text: bankruptcies@bellco.org | Jan 26 2026 22:26:00 | Bellco Credit Union, 7600 E Orchard Rd, Suite 400, Englewood, CO 80111 |
| 19741153 | + | Email/Text: BNCnotices@bdfgroup.com | Jan 26 2026 22:26:00 | Barrett Frappier & Weisserman, 4004 Beltline Rd, Suite 100, Addison, TX 75001-4320 |
| 19741160 | | Email/Text: bankruptcy@denvergov.org | Jan 26 2026 22:25:00 | City & County of Denver, PO Box 17420, Denver, CO 80217 |
| 19741157 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 26 2026 22:26:00 | Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 19741158 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2026 22:30:19 | Chase, PO Box 182055, Columbus, OH 43218-2055 |
| 19741159 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2026 22:29:59 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 19747217 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Jan 26 2026 22:43:15 | Colorado Department of Revenue, Bankruptcy Unit, Rm 104, 1881 Pierce Street, Lakewood, CO 80214-1407 |
| 19741162 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Jan 26 2026 22:43:15 | Colorado Department of Revenue, 1375 Sherman St, Denver, CO 80261-0004 |
| 19755835 | + | Email/Text: bkmailings@nbsdefaultservices.com | Jan 26 2026 22:26:00 | Cornerstone Home Lending,, a division of Cornerstone, Capital Bank, SSB, PO Box 4638, Englewood, Colorado 80155-4638 |
| 19741164 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 26 2026 22:27:00 | Credit Collection Services, PO Box 55156, Boston, MA 02205-5156 |
| 19741169 | | Email/Text: courtprocessingmanagement@e-470.com | Jan 26 2026 22:26:00 | E 470 Public Highway, PO Box 5470, Denver, CO 80217 |
| 19780314 | + | Email/Text: E470BANKRUPTCYCOURT@E470.COM | Jan 26 2026 22:27:00 | E-470 Public Highway Authority, 22470 E Stephen D. Hogan Parkway Ste 110, Aurora CO 80018-2426 |
| 19741171 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 26 2026 22:25:00 | Fortiva Retail Credit, PO Box 105341, Atlanta, GA 30348-5341 |
| 19741173 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 26 2026 22:26:00 | Greensky, PO Box 2730, Alpharetta, GA 30023-2730 |
| 19741174 | + | Email/Text: heather@hwmlawfirm.com | Jan 26 2026 22:26:00 | Halliday Watkins & Mann PC, 355 Union Blvd, Suite 250, Lakewood, CO 80228-1508 |
| 19741175 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2026 22:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19760988 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 26 2026 22:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 19767988 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2026 22:30:08 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |

Case:24-16918-KHT Doc#:369 Filed:01/28/26 Entered:01/28/26 22:21:10 Page3 of 7

| District/off: 1082-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: pdf904 | Total Noticed: 79 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 19773665 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 26 2026 22:26:00 | JPMorgan Chase Bank, N.A., c/o Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 19741176 | + | Email/Text: bankruptcyecf@janewaylaw.com | Jan 26 2026 22:26:00 | Janeway Law Firm PC, 9540 Maroon Circle, suite 320, Englewood, CO 80112-5761 |
| 19896001 | + | Email/Text: BNCnotices@bblawpllc.com | Jan 26 2026 22:26:00 | Kalamata Capital Group, LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 19741181 | + | Email/Text: lgbs.denver@lgbs.com | Jan 26 2026 22:27:00 | Linebarger Goggan Blair & Sampson LLP, 11001 W 120th Av, suite 215, Broomfield, CO 80021-8037 |
| 19741182 | + | Email/Text: sthomas@lyoncredit.com | Jan 26 2026 22:26:00 | Lyon Collection Services Inc, 7924 West Sahara Av, Las Vegas, NV 89117-1990 |
| 19741184 | + | Email/Text: riskmanagement@mulliganfunding.com | Jan 26 2026 22:25:00 | Mulligan Funding LLC, 4715 Viewridge Av, suite 100, San Diego, CA 92123-1628 |
| 19769397 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 26 2026 22:26:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 19750091 | + | Email/Text: Bankruptcy@nafinc.com | Jan 26 2026 22:25:00 | New American Funding, LLC, 8201 N FM 620 Suite 120, Austin, TX 78726-4075 |
| 19779809 | + | Email/Text: bankruptcy@ondeck.com | Jan 26 2026 22:27:00 | ODK Capital, LLC, 4700 W Daybreak Pkwy., Ste 200, South Jordan, UT 84009-5133 |
| 19741185 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2026 22:25:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 19776283 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2026 22:25:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 19771553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2026 22:30:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 19778139 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2026 22:30:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19741188 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 26 2026 22:26:00 | Rushmore Servicing, PO Box 619098, Dallas, TX 75261-9098 |
| 19741190 | | Email/Text: bankruptcy@sequium.com | Jan 26 2026 22:26:00 | Sequium Asset Solutions LLC, 1130 NorthChase Parkway, Suite 150, Marietta, GA 30067 |
| 19741192 | ^ | MEBN | Jan 26 2026 22:24:54 | SN Servicing Corp, 13702 Coursey Blvd, Bldg 1A, Baton Rouge, LA 70817-1370 |
| 19741191 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 26 2026 22:26:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 19741194 | ^ | MEBN | Jan 26 2026 22:24:55 | United Healthcare, PO Box 30555, Salt Lake City, UT 84130-0555 |
| 19741199 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 26 2026 22:25:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 19741198 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 26 2026 22:25:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 19779920 | | Email/Text: mtgbk@shellpointmtg.com | Jan 26 2026 22:26:00 | Wilmington Savings Fund Society,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19779427 | | KeyBank National Association |

Case:24-16918-KHT   Doc#:369   Filed:01/28/26   Entered:01/28/26 22:21:10   Page4 of 7

| District/off: 1082-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: pdf904 | Total Noticed: 79 |

| 19741186 | | Reunion Association Inc |
|---|---|---|
| 19741165 | *+ | Credit Collection Services, PO Box 55156, Boston, MA 02205-5156 |
| 19766675 | * | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 19741197 | *+ | US Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Defendant Abbey Dreher abbey.dreher@bonialpc.com |
| Abbey Ulsh Dreher | on behalf of Defendant CornerStone abbey.dreher@bonialpc.com |
| Abbey Ulsh Dreher | on behalf of Creditor Cornerstone Home Lending a Division of Cornerstone Capital Bank, SSB abbey.dreher@bonialpc.com |
| Alison L Berry | on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com |
| Amanda K. Ashley | on behalf of Creditor The Gallery at Reunion Association Inc. aashley@altitude.law |
| Amanda K. Ashley | on behalf of Defendant Second Creek Ranch Metropolitan District aashley@altitude.law |
| Amanda K. Ashley | on behalf of Creditor Second Creek Ranch Metropolitan District aashley@altitude.law |
| Amanda K. Ashley | on behalf of Defendant The Gallery At Reunion Metro District aashley@altitude.law |
| Amanda K. Ashley | on behalf of Defendant Jeffrey B. Smith aashley@altitude.law |
| Andrea Lynn Betts-Whalen | on behalf of Creditor JPMorgan Chase Bank N.A. andrea.betts-whalen@padgettlawgroup.com |
| Aricyn Jaine Dall | on behalf of Defendant Scott D Toebben bankruptcy@rsmalaw.com adall@rsmalaw.com |
| Aricyn Jaine Dall | on behalf of Defendant Trinity Life Insurance bankruptcy@rsmalaw.com adall@rsmalaw.com |
| Aricyn Jaine Dall | on behalf of Defendant SN Servicing bankruptcy@rsmalaw.com adall@rsmalaw.com |
| Aricyn Jaine Dall | on behalf of Creditor Trinity Life Insurance Company bankruptcy@rsmalaw.com adall@rsmalaw.com |
| Ciro A. Mestres | on behalf of Creditor JPMorgan Chase Bank N.A. mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 26, 2026 | Form ID: pdf904 | Total Noticed: 79 |

David W. Drake
    on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Douglas W Brown
    on behalf of Creditor KeyBank National Association dbrown@bdwfd.com jkreh@bdwfd.com,jmellott@bdwfd.com

Gabriella Alonso
    on behalf of Defendant Ally Bank Department galonso@bradley.com mfowlkes@bradley.com;ediebitsch@bradley.com

Harrison Meyers
    on behalf of Defendant JPMorgan Chase Bank hmeyers@leoncosgrove.com

Heather Deere
    on behalf of Defendant Halliday Watkins & Mann, P.C. bankruptcyco@hwmlawfirm.com

Heather Deere
    on behalf of Defendant Heather L. Deere bankruptcyco@hwmlawfirm.com

Heather Deere
    on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2023-4 bankruptcyco@hwmlawfirm.com

Heather Deere
    on behalf of Creditor New American Funding LLC bankruptcyco@hwmlawfirm.com

Jeffrey Fleming
    on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Jeffrey B. Smith
    on behalf of Creditor Second Creek Ranch Metropolitan District jsmith@altitude.law

John Scanlan
    on behalf of Interested Party John Scanlan jvscanlan@circlelaw.net CircleLawthescanlanlawoffice@jubileebk.net

Michelle Deon Lee
    Leedreamgoddes@gmail.com

N. April Winecki
    on behalf of Defendant Bellco Credit Union bankruptcyecf@janewaylaw.com nortonlawpc@gmail.com

N. April Winecki
    on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com nortonlawpc@gmail.com

P. Matthew Cox
    on behalf of Creditor Ally Bank mcox@spencerfane.com mw@scmlaw.com;ec@scmlaw.com

Rachael Swernofsky
    on behalf of Defendant Rushmore Servicing co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Rachael Swernofsky co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Barrett Frappier & Weisserman, LLP co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Barrett Frappier & Weisserman LLP co.ecf@bdfgroup.com

Robert Gregory Busch
    on behalf of Creditor Kalamata Capital LLC rob@rgbusch.com

Robert Gregory Busch
    on behalf of Defendant Robert Busch #28565 rob@rgbusch.com

Ronald J Tomassi, JR
    on behalf of Defendant JPMorgan Chase Bank rtomassi@leoncosgrove.com rmartinez@leoncosgrove.com

Tom H. Connolly
    tom@connollytrustee.com ecf.alert+Connolly@titlexi.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Victor M. Morales
    on behalf of Defendant McCalla Raymer Leibert Pierce LLP victor.morales@wilsonelser.com, colleen.gourley@wilsonelser.com;denvercourtfilings@wilsonelser.com

District/off: 1082-1 User: admin Page 6 of 6
Date Rcvd: Jan 26, 2026 Form ID: pdf904 Total Noticed: 79
TOTAL: 42

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

MICHELLE DEON LEE,

    Debtor.

Case No. 24-16918 KHT
Chapter 7

### ORDER ACCEPTING MOTION AND SETTING RESPONSE DATE

THIS MATTER came before the Court on the *Motion to Dismiss Chapter 7 Case based on Trustee Abandonment under Rule 6007* (the "Motion," docket #362), filed by Debtor Michelle Deon Lee ("Ms. Lee").

It appears Ms. Lee has substantially complied with the filing restrictions imposed by the Court's January 14, 2026, Order (docket #355), such that the Motion will remain on the Court's docket.

Accordingly, it is

HEREBY ORDERED that any objections to the relief requested in the Motion must be filed with the Court by the date set in Ms. Lee's notice, **Thursday, February 12, 2026**, failing which the Motion may be granted without further opportunity for hearing.

Dated January 26, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge