United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-16918-KHT
Michelle Deon Lee     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3
Date Rcvd: Feb 10, 2026     Form ID: pdf904     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | John Scanlan, 1726 Champa St, 3E, Denver, CO 80202-2717 |
| cr | + | Kalamata Capital LLC, 1 Blue Hill Plaza, Suite 1509, Pearl River, NY 10965-3165 |
| cr | | Second Creek Ranch Metropolitan District, Altitude Community Law P.C., 555 Zang Street, Suite 100, Lakewood, CO 80228-1011 |
| cr | + | The Gallery at Reunion Association, Inc., c/o Altitude Community Law P.C., 555 Zang Street, Suite 100, Lakewood, CO 80228, UNITED STATES 80228-1011 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bkmailings@nbsdefaultservices.com | Feb 10 2026 22:20:00 | Cornerstone Home Lending, a Division of Cornerston, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

**Name**     **Email Address**

Abbey Ulsh Dreher
    on behalf of Creditor Cornerstone Home Lending a Division of Cornerstone Capital Bank, SSB abbey.dreher@bonialpc.com

Abbey Ulsh Dreher

Case:24-16918-KHT Doc#:374 Filed:02/12/26 Entered:02/12/26 22:16:43 Page2 of 5

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdf904 | Total Noticed: 5 |

| | |
|---|---|
| | on behalf of Defendant Abbey Dreher abbey.dreher@bonialpc.com |
| Abbey Ulsh Dreher | |
| | on behalf of Defendant CornerStone abbey.dreher@bonialpc.com |
| Alison L Berry | |
| | on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com |
| Amanda K. Ashley | |
| | on behalf of Creditor The Gallery at Reunion Association  Inc. aashley@altitude.law |
| Amanda K. Ashley | |
| | on behalf of Defendant Second Creek Ranch Metropolitan District aashley@altitude.law |
| Amanda K. Ashley | |
| | on behalf of Creditor Second Creek Ranch Metropolitan District aashley@altitude.law |
| Amanda K. Ashley | |
| | on behalf of Defendant The Gallery At Reunion Metro District aashley@altitude.law |
| Amanda K. Ashley | |
| | on behalf of Defendant Jeffrey B. Smith aashley@altitude.law |
| Andrea Lynn Betts-Whalen | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. andrea.betts-whalen@padgettlawgroup.com |
| Aricyn Jaine Dall | |
| | on behalf of Creditor Trinity Life Insurance Company bankruptcy@rsmalaw.com  adall@rsmalaw.com |
| Aricyn Jaine Dall | |
| | on behalf of Defendant Scott D Toebben bankruptcy@rsmalaw.com  adall@rsmalaw.com |
| Aricyn Jaine Dall | |
| | on behalf of Defendant Trinity Life Insurance bankruptcy@rsmalaw.com  adall@rsmalaw.com |
| Aricyn Jaine Dall | |
| | on behalf of Defendant SN Servicing bankruptcy@rsmalaw.com  adall@rsmalaw.com |
| Ciro A. Mestres | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. mccallaecf@ecf.courtdrive.com, mccallaecf@ecf.courtdrive.com |
| David W. Drake | |
| | on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com |
| Douglas W Brown | |
| | on behalf of Creditor KeyBank National Association dbrown@bdwfd.com  jkreh@bdwfd.com,jmellott@bdwfd.com |
| Gabriella Alonso | |
| | on behalf of Defendant Ally Bank Department galonso@bradley.com  mfowlkes@bradley.com;ediebitsch@bradley.com |
| Harrison Meyers | |
| | on behalf of Defendant JPMorgan Chase Bank hmeyers@leoncosgrove.com |
| Heather Deere | |
| | on behalf of Defendant Halliday  Watkins & Mann, P.C. bankruptcyco@hwmlawfirm.com |
| Heather Deere | |
| | on behalf of Defendant Heather L. Deere bankruptcyco@hwmlawfirm.com |
| Heather Deere | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2023-4 bankruptcyco@hwmlawfirm.com |
| Heather Deere | |
| | on behalf of Creditor New American Funding  LLC bankruptcyco@hwmlawfirm.com |
| Jeffrey Fleming | |
| | on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com |
| Jeffrey B. Smith | |
| | on behalf of Creditor Second Creek Ranch Metropolitan District jsmith@altitude.law |
| John Scanlan | |
| | on behalf of Interested Party John Scanlan jvscanlan@circlelaw.net CircleLawthescanlanlawoffice@jubileebk.net |
| Michelle Deon Lee | |
| | Leedreamgoddes@gmail.com |
| N. April Winecki | |
| | on behalf of Creditor Bellco Credit Union bankruptcyecf@janewaylaw.com  nortonlawpc@gmail.com |
| N. April Winecki | |
| | on behalf of Defendant Bellco Credit Union bankruptcyecf@janewaylaw.com  nortonlawpc@gmail.com |

District/off: 1082-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 10, 2026 | Form ID: pdf904 | Total Noticed: 5

P. Matthew Cox
    on behalf of Creditor Ally Bank mcox@spencerfane.com  mw@scmlaw.com;ec@scmlaw.com

Rachael Swernofsky
    on behalf of Defendant Barrett  Frappier & Weisserman, LLP co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Barrett Frappier & Weisserman  LLP co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Rushmore Servicing co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Creditor Nationstar Mortgage LLC co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Defendant Rachael Swernofsky co.ecf@bdfgroup.com

Rachael Swernofsky
    on behalf of Creditor Nationstar Mortgage  LLC co.ecf@bdfgroup.com

Robert Gregory Busch
    on behalf of Defendant Robert Busch #28565 rob@rgbusch.com

Robert Gregory Busch
    on behalf of Creditor Kalamata Capital LLC rob@rgbusch.com

Ronald J Tomassi, JR
    on behalf of Defendant JPMorgan Chase Bank rtomassi@leoncosgrove.com  rmartinez@leoncosgrove.com

Tom H. Connolly
    tom@connollytrustee.com  ecf.alert+Connolly@titlexi.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Victor M. Morales
    on behalf of Defendant McCalla Raymer Leibert Pierce  LLP victor.morales@wilsonelser.com, colleen.gourley@wilsonelser.com;denvercourtfilings@wilsonelser.com

TOTAL: 42

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: February 10, 2026                                   HONORABLE KIMBERLEY H. TYSON, Presiding

In re:   Michelle Deon Lee                         Debtor.            Case No: 24-16918-KHT
                                                                                         Chapter 7

Appearances:

| Role | Name | | Counsel |
|---|---|---|---|
| Debtor | Michelle Deon Lee, Pro Se | Counsel | |
| US Trustee | | Counsel | |
| Case Trustee | | Counsel | |
| Movant | Ally Bank | Counsel | Matthew Cox |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: Telephonic Preliminary Hearing on the Motion for Relief from Stay On 2016 Chrysler Town & Country Extended Passenger Van Touring L 3.6L V6 filed by Ally Bank on January 12, 2026 (Docket #353) and the Objection thereto filed by the Debtor on January 26, 2026 (Docket #366).

[X]   The parties entered their appearances and made statements to the Court.

Orders:

[X]   For the reasons stated on the record, the motion for relief from stay is denied as moot. Movant did not file witness and exhibit lists as required by Local Bankruptcy Rule 4001-1, and the vehicle in dispute is not property of the bankruptcy estate.

Date: February 10, 2026                                   FOR THE COURT:
                                                                         *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                                         By:   */s/ John Gordon*
                                                                                   Law Clerk